IN THE COURT OF APPEALS OF NORTH CAROLINA

No. COA18-282

Filed: 3 July 2018

Chatham County, Nos. 15-JT-47, 48

IN THE MATTER OF: L.V., A.V.

Appeal by Respondent-Mother from orders entered 5 December 2017 by Judge Beverly Scarlett in Chatham County District Court.  Heard in the Court of Appeals 21 June 2018.

*W. Michael Spivey, for respondent-appellant mother.*

*Holcomb & Stephenson, LLP, by Deana K. Fleming, for petitioner-appellee Chatham County Department of Social Services.*

*Womble Bond Dickinson (US) LLP, by Jessica L. Gorczynski, for guardian ad litem.*

MURPHY, Judge.

Respondent appeals from orders terminating her parental rights to the minor children L.V. and A.V.  On appeal, Respondent's appellate counsel filed a no-merit brief pursuant to Rule 3.1(d) stating that, after a conscientious and thorough review of the record on appeal, he has concluded that the record contains no issue of merit on which to base an argument for relief.[1]  N.C. R. App. P. 3.1(d).  Respondent's counsel

---

[1] In accordance with Rule 3.1(d), appellate counsel provided Respondent with copies of the no-merit brief, trial transcript, and record on appeal and advised her of her right to file a brief with this Court *pro se* on 11 April 2018.

complied with all requirements of Rule 3.1(d), and Respondent did not exercise her right under Rule 3.1(d) to file a *pro se* brief. No issues have been argued or preserved for review in accordance with our Rules of Appellate Procedure.[2]

DISMISSED.

Judges DIETZ and TYSON concur.

---

[2] "Rule 3.1(d) does *not* grant indigent parents the right to receive an *Anders*-type review of the record by our Court, to consider issues not properly raised." *State v. Velasquez-Cardenas*, __ N.C. App. __, __, __ S.E.2d __, __, slip op. concurrence at 3 (filed 17 April 2018) (Dillon, J., concurring) (No. COA17-422).